UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SANDRA KELLEY, Personal Representative of the Estate of LARRY McKINNEY, CHANCE McKINNEY, STORMY McKINNEY, STEVIE McKINNEY,<br><br>              Plaintiffs,<br><br>   v.<br><br>MICHAEL MORTON, JOE KAISER, THE CITY OF FAIRVIEW, by and through the Fairview Police Department,<br><br>              Defendants. | 3:12-cv-01647 -ST<br><br>ORDER OF DISMISSAL OF DEFENDANT JOE KAISER |

STEWART, Magistrate Judge:

## **ORDER**

    Based on uncontested Motion to Dismiss defendant Joe Kaiser, document [20],

    IT IS ORDERED AND ADJUDGED that defendant Joe Kaiser is DISMISSED with prejudice and without costs.

    DATED August 29, 2013.

                                                    s/ Janice M. Stewart
                                                  Janice M. Stewart
                                                  United States Magistrate Judge

1 – ORDER OF DISMISSAL