UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

SANDRA KELLEY, Personal Representative
of the Estate of LARRY McKINNEY,
CHANCE McKINNEY, STORMY
McKINNEY, STEVIE McKINNEY,

        Plaintiffs,

   v.

MICHAEL MORTON, JOE KAISER, THE
CITY OF FAIRVIEW, by and through the
Fairview Police Department,

        Defendants.

3:12-cv-01647-ST

ORDER OF DISMISSAL OF
DEFENDANT JOE KAISER

STEWART, Magistrate Judge:

## ORDER

Based on uncontested Motion to Dismiss defendant Joe Kaiser, document [20],

IT IS ORDERED AND ADJUDGED that defendant Joe Kaiser is DISMISSED with prejudice and without costs.

DATED August 29, 2013.

                                                          s/ Janice M. Stewart
                                                          Janice M. Stewart
                                                          United States Magistrate Judge

1 – ORDER OF DISMISSAL