IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SANDRA KELLEY, Personal                    3:12-CV-01647-ST
Representative of the Estate of
LARRY McKINNEY, CHANCE McKINNEY,           ORDER
STORMY McKINNEY, STEVIE McKINNEY,

              Plaintiffs,

v.

MICHAEL MORTON, JOE KAISER, THE
CITY OF FAIRVIEW, by and through
the Fairview Police Department,

              Defendants.


BROWN, Judge.

        Magistrate Judge Janice M. Stewart issued Findings and

Recommendation (#61) on August 28, 2014, in which she recommends

this Court grant in part and deny in part the Motion (#34) for

Partial Summary Judgment filed by Defendants Michael Morton and

1 - ORDER

the City of Fairview.  The matter is now before this Court
pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil
Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and
Recommendation were timely filed, this Court is relieved of its
obligation to review the record *de novo*.  *See Dawson v. Marshall*,
561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v.
Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).
Having reviewed the legal principles *de novo*, the Court does not
find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Stewart's Findings and
Recommendation (#61).  Accordingly, the Court **GRANTS in part** and
**DENIES in part** Defendants' Motion (#34) for Partial Summary
Judgment as follows:

1.   The Court **GRANTS** Defendants' Motion for Summary
     Judgment as to Plaintiffs' First Claim against Morton
     in its entirety.

2.   The Court **GRANTS** Defendants' Motion for Summary
     Judgment as to Plaintiffs' Second Claim against Morton
     premised on a violation of the Fourteenth Amendment.

3.   The Court **GRANTS** Defendants' Motion for Summary
     Judgment as to Plaintiffs' Fifth Claim against the City

2 - ORDER

of Fairview.

4.    The Court **DENIES** the remainder of Defendants' Motion

for Summary Judgment.

IT IS SO ORDERED.

DATED this 17th day of September, 2014.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge