Michelle R Burrows 86160
michelle.r.burrows@gmail.com
Attorneys At Law
430 SW Washington St. Ste. 300
Portland OR 97204
503-241-1955
503-241-3127

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| SANDRA KELLEY, Personal Representative of the Estate of LARRY McKINNEY, SANDRA KELLEY, CHANCE McKINNEY, STORMY McKINNEY, STEVIE McKINNEY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MORTON, JOE KAISER, THE CITY OF FAIRVIEW, by and through the Fairview Police Department.<br><br>Defendants. | Case No. 3:12-cv-01647ST<br><br>ORDER DISMISSING ESTATE OF LARRY McKINNEY with prejudice |

This matter came before the court on Plaintiffs' Motion to Dismiss the Estate of Larry

McKinney. The court having reviewed the record

1 ORDER DISMISSING THE ESTATE OF LARRY McKINNEY

IT IS HEREBY ORDERED Plaintiff Estate of Larry McKinney, by and through the Personal Representative Sandra Kelly, is dismissed with prejudice and with costs accruing to neither side.

Dated this 23rd day of February 2015.

UNITED STATES DISTRICT COURT

_____
Honorable Judge Anna Brown